IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


ERIC SHAW                                                                      PLAINTIFF

V.                                    CIVIL NO. 6:19-cv-06006

HOT SPRINGS, CITY OF; HOT SPRINGS,
COUNTY OF; SHERIFF MIKE CASH (in
His Official Capacity); and CHIEF OF
POLICE JASON STACHEY (in his Official
Capacity)                                                                      DEFENDANTS

## ORDER

The Court has received a Report and Recommendation (ECF No. 31) from United States

Magistrate Judge Barry A. Bryant.  Plaintiff proceeds in this 42 U.S.C. §1983 action *pro se* and

in *forma pauperis*.  Defendants City of Hot Springs and Chief of Police Jason Stachey, in his

official capacity, have filed a Motion for Judgment on the Pleadings (ECF No. 18).  Plaintiff has

filed a Response in Opposition (ECF No. 22).  Upon review, the Magistrate recommended that

the Motion be granted and Plaintiff's Complaint against Defendants City of Hot Springs and

Defendant Stachey, in his official capacity, be dismissed without prejudice against them.  Plaintiff

filed timely written Objections (ECF No. 32) to the Report and Recommendation.  The matter is

now ripe for consideration by this Court.

The Court has conducted a de novo review of those portions of the report and

recommendation to which Plaintiff has objected.  28 U.S.C. § 636(b)(1).  Plaintiff's objections

offer neither law nor fact requiring departure from the Magistrate's findings.  The Court finds

that the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS

ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' Motion for Judgment on the Pleadings

(ECF No. 18) should be and hereby is GRANTED, and Plaintiff's Complaint against Defendants City of Hot Springs and Defendant Stachey, in his Official Capacity, should be and hereby is DISMISSED WITHOUT PREJUDICE against them. This case remains pending against separate defendants Hot Spring County and Sheriff Mike Cash, in his official capacity.

SO ORDERED this 16th day of December 2019.

/s/Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE