IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERIC SHAW                                                                                                    PLAINTIFF

v.                                              Civil No. 6:19-CV-06006

HOT SPRING, COUNTY OF, and
SHERIFF MIKE CASH                                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 30, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 52.) Judge Bryant recommends Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto*, and makes its order as follows:

Plaintiff's complaint (ECF No. 1) should be and hereby is DISMISSED WITHOUT PREJUDICE

**IT IS SO ORDERED**, this 11th day of August 2020.

*/s/ Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE